

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| KEVIN MCCURE, | § | |
| Appellant, | § | No. 08-12-00370-CV |
| | | Appeal from the |
| v. | § | 83rd Judicial District Court |
| CRYSTAL MCCURE, | § | of Pecos County, Texas |
| Appellee. | § | (TC#P-7082-83-CV) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record, and concludes the appeal should be dismissed for want of prosecution, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF FEBRUARY, 2013.

_____
YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.